IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. FRENTZOS, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | No. 2:15-cv-11518-GER-MKM |
| NAVIENT SOLUTIONS, INC., aka NAVIENT DEPARTMENT OF EDUCATION LOAN SERVICING, | Judge Gerald E. Rosen |
| Defendant. | |

## ORDER GRANTING STIPULATION FOR DISMISSAL

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of the parties to dismiss this case with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.


Dated:  November 20, 2015              s/Gerald E. Rosen
                                       Chief Judge, United States District Court

LOS_ANGELES/#10535.1